**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10093 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-00316-RCC |
| v. | |
| JORGE ALBERTO CHAVEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Timothy M. Burgess, District Judge, Presiding[**]

Submitted January 15, 2013[***]

Before:    SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Jorge Alberto Chavez appeals from the district court's judgment and

challenges his guilty-plea conviction and 51-month sentence for reentry after

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Timothy M. Burgess, United States District Judge for
the District of Alaska, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision
without oral argument.  _See_ Fed. R. App. P. 34(a)(2).

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Chavez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Chavez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**